IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARIO ALVAREZ, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:23-CV-394-DII |
| CREDENCE RESOURCE MANAGEMENT, LLC, | § § § § | |
| Defendant. | § § | |

### ORDER

On September 5, 2023, Plaintiff Mario Alvarez ("Plaintiff") notified the Court that Plaintiff had settled all claims with Defendant Credence Resource Management, LLC ("Defendant") in this action and requested a stay. (Dkt. 16). On November 6, 2023, the Court stayed this action until November 14, 2023 and ordered the parties to "file either dismissal papers or an agreed motion to extend the stay on or before November 14, 2023." (Dkt. 17). The parties did not do so. On November 17, 2023, the Court again ordered the parties to "file either dismissal papers or an agreed motion to extend the stay on or before November 28, 2023." (Dkt. 18). The Court warned, "Failure to do so may result in the *sua sponte* dismissal of Plaintiff's claims against Defendant." (*Id.*). To date, the parties have not done so.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant in this action are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on November 29, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE